**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DONNA JOHNSTONE,                      :   No. 73 MAL 2018
                                      :
                  Petitioner          :
                                      :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court
        v.                            :
                                      :
                                      :
ROBERT JOHNSTONE,                     :
                                      :
                  Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.